# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02923-RBJ

DENVER HEALTH AND HOSPITAL AUTHORITY,

        Plaintiff,

v.

SIEMENS MEDICAL SOLUTIONS USA, INC.,

        Defendant

## ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiff Denver Health and Hospital Authority has filed a notice of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(i). Defendant has not served an answer or a motion for summary judgment, and so the requirements of Rule 41(a)(i) are met. The Court therefore dismisses this action with prejudice.

Dated this 16th day of May, 2014.

*(signature)*

Judge R. Brooke Jackson